**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Master Sergeant ROBERT C. BROWN**
**United States Air Force**

**ACM 38817**

**6 April 2016**

Sentence adjudged 8 January 2015 by GCM convened at Kirtland Air Force Base, New Mexico.  Military Judge:  Wendy L. Sherman (sitting alone).

Approved Sentence:  Dishonorable discharge, confinement for 20 months, forfeiture of all pay and allowances, and reduction to E-1.

Appellate Counsel for the Appellant:  Major Thomas A. Smith.

Appellate Counsel for the United States:  Gerald R. Bruce, Esquire.

Before

ALLRED, TELLER, and ZIMMERMAN
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.


PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*]  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).


FOR THE COURT

LEAH M. CALAHAN
Clerk of the Court

---

[*] The court notes that the court-martial order (CMO), dated 20 April 2015 incorrectly does not list any of the pleas or findings for any of the Specifications.  The court orders the promulgation of a corrected CMO.